**Herman T. STICHMAN, Trustee of Hudson & Manhattan Railroad Company, Debtor, Appellee,**

v.

**GENERAL GRIEVANCE COMMITTEE OF THE BROTHERHOOD OF RAILROAD TRAINMEN, Hudson & Manhattan Railroad Company; Lloyd G. Hatler; William Sporer; and Francis De-Avis, Appellants.**

**No. 349, Docket 25676.**

United States Court of Appeals Second Circuit.

Argued June 10, 1959.

Decided June 22, 1959.

Arnold B. Elkind, of Zelenko & Elkind, New York City (Zelenko & Elkind, and Paul H. Kirwin, New York City, on the brief), for appellants.

Emanuel Dannett, of McGoldrick, Dannett, Horowitz & Golub, New York City (McGoldrick, Dannett, Horowitz & Golub, William W. Golub and Bernard Buchholz, New York City, on the brief), for the Trustee of the Debtor.

Before HINCKS and MOORE, Circuit Judges, and SMITH, District Judge.

PER CURIAM.

On Judge Dawson's lucid and well-reasoned opinion below, D.C.S.D.N.Y. 1959, 172 F.Supp. 329, the order is affirmed.